UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HELEN VIVIAN CURIEL, <br><br> Defendant. | Case No. MJ 08-075 <br><br> ORDER OF DETENTION AFTER HEARING <br> (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143 (a) <br> Allegations of Violations of <br> Probation/Supervised Release <br> Conditions) |

On arrest warrant issued by the United States District Court for the Southern District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

2. The Court concludes:

    A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the

1  community.  Defendant poses a risk to the safety of other persons or the
2  community based on:
3  _nature of the offense_____
4  _____
5  _____
6  _____
7  _____

8   B.   ( ✓) Defendant has failed to demonstrate by clear and convincing evidence
9        that he is not likely to flee if released.  Defendant poses a flight risk based
10       on:
11  _no bail resources; nature of the offense_____
12  _____
13  _____
14  _____
15  _____

17       IT IS ORDERED that defendant be detained.

20  DATED: March 26, 2008            _Alicia G. Rosenberg_____
21                                    HONORABLE ALICIA G. ROSENBERG
                                      UNITED STATES MAGISTRATE JUDGE